CHARLES F. KRAEMER, PLAINTIFF-APPELLANT, v. CITY OF NEWARK, A MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

Argued May 23, 1935—Decided October 9, 1935.

For the appellant, *Louis A. Fast.*

For the respondent, *Frank A. Boettner* and *Thomas M. Kane.*

PER CURIAM.

We affirm the judgment of the Supreme Court for the reasons stated in the opinion filed therein, except that we find it unnecessary to determine whether the appellant was an officer of the city of Newark and therefore make no suggestion as to the fact thereon.

520

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.